## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 15-cv-00303-CMA-MEH

BAKKEN WASTE, LLC,

    Plaintiff,

v.

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 63), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

    DATED:  November 20, 2015

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge